JOSEPH STOTT, Appellant, *v.* ANNA HOTALING et al., Respondents.

Argued January 11, 1946; decided January 17, 1946.

*Newton B. Van Derzee* for appellant.
*John J. Scully* for respondents.

Order affirmed and judgment absolute ordered on the stipulation against the appellant, unless appellant stipulate and be ready to try the issues herein involved at the next Trial Term of the Supreme Court held in and for the County of Albany, in which event the appeal may be withdrawn without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.